E-FILED: **8/18/08**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: |
| Plaintiff, ) | CR 07-475(A) GHK |
| v. ) | |
| AVEDIS DJEREDJIAN; ) | **ORDER DISMISSING** |
| Defendant. ) | **COUNTS 2, 3, 5-15** |

     Pursuant to our August 13, 2008, Order dismissing Counts 2, 3, and 5-15 of the Superceding Indictment, the guilty verdicts on these Counts are hereby **SET ASIDE**, the convictions on these counts are **VACATED**, and these Counts are **DISMISSED**.

     **IT IS SO ORDERED**.


DATED: August  18 , 2008


_____
GEORGE H. KING
United States District Judge