1 THOMAS P. O'BRIEN
  United States Attorney
2 CHRISTINE C. EWELL
  Assistant United States Attorney
3 Chief, Criminal Division
  CLAY C. WHEELER (Cal. Bar No. 193870)
4 JOSHUA B. ROYSTER (N.C. Bar No. 28785)
  Special Assistant United States Attorneys
5     1200 United States Courthouse
      312 North Spring Street
6     Los Angeles, California  90012
      Telephone:  (213) 894-2434
7     Facsimile:  (213) 894-0141
      E-mail:  clay.wheeler@usdoj.gov
8              joshua.royster@usdoj.gov

9 Attorneys for the
  UNITED STATES OF AMERICA

10

11

12                UNITED STATES DISTRICT COURT

13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15 UNITED STATES OF AMERICA,    )   No. 2:07-CR-00475-GHK
                                )
16           Plaintiff,         )   [PROPOSED] PRELIMINARY ORDER
                                )   OF FORFEITURE
17             v.               )
                                )
18                              )
   AVEDIS DJEREDJIAN,           )
19      a/k/a Mike,             )
                                )
20           Defendant .        )
                                )
21                              )
   _____    )
22

23      On April 22, 2008, a jury found defendant Avedis Djeredjian

24 ("Defendant") guilty of, among other crimes, conspiracy to traffic

25 in contraband cigarettes in violation of Title 18, United States

26 Code, Sections 371 and 2342.   As set forth in the Superseding

27 Indictment, pursuant to Title 18, United States Code, Section

28 981(a)(1)(C), Title 21, United States Code, Section 853, and Title

   28, United States Code, Section 2461(c), Defendant is required to

FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

forfeit to the United States all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to this offense.

On November 24, 2009, this court granted the Government's request of forfeiture in the form of a personal money judgment in the sum of $3,236.617.50.

On April 28, 2010, this court sentenced Djeredjian to eighty-four (84) months imprisonment, three years supervised release, and ordered Djeredjian to pay a $200.00 special assessment, and $3,236,617.50 in restitution. The court ordered a partial payment of $500,000.00 to be paid immediately. Also, the court incorporated by reference the money judgment of forfeiture in the amount of $3,236,617.50.

~~The United States having shown that it has been unable to~~ *In satisfaction of the money judgment,* ~~locate these proceeds,~~ IT IS ORDERED that other property of the defendant, of a net value up to the amount forfeited, shall be *preliminarily* forfeited, to wit, the following property:

**Personal Property**

1) $120,013.96 seized from Bank of America Account #223114454 held in the name of Allen Nazarian/Discount Outlet;

2) $14,933.18 seized from Antelope Valley Bank Account #32-090051-16 held in the name of Mike Capocci d/b/a Modern Cigarettes;

3) $641.75 seized from Antelope Valley Bank Account #32-560036-19 held in the name of Mike Capocci d/b/a Modern Video;

4) $7,891.61 seized from the Wells Fargo Bank Account #101-1033584 held in the name of Star Tobacco, Inc.;

5) 2004 Infiniti, VIN: JNRAS08U54X110853;

6) 2004 BMW, VIN: 5UXFA13594LU29466;

7) 2001 GMC, VIN: 1GKEK63U31J235669;

**Real Property**

1) 1356 Doverwood Drive, Glendale, CA 91207, specifically described in Book 950, Pages 8-11 of the Los Angeles County Registry, California, and titled in the name of Vicken Djeredjian;

2) 1633 Greenbrier Road, Glendale, CA 91207, specifically described in Book 742, Pages 14-17 of the Los Angeles County Registry, California, and titled in the name of Vicken Djeredjian; and

3) 821-823 1/2  East Colorado Street, Glendale, CA, 91205, and titled in the name of Chase Fidelty Bancorp, a Nevada Corporation.

IT IS ORDERED that pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4).  Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought; and

3

IT IS ALSO ORDERED that upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(C); and

IT IS FURTHER ORDERED that this court shall retain jurisdiction for the purpose of enforcing this Preliminary Order of Forfeiture, as well as conducting any ancillary proceedings in respect to any third party claim.

The Clerk of the Court shall forward four certified copies of this order to Special Assistant U.S. Attorney Joshua B. Royster.

DATED: ___7/23___, 2010

_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE